# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 9050
WEST WARM SPRINGS 1112,
                              Appellant,
vs.
THE FALLS AT RHODES RANCH
CONDOMINIUM OWNERS
ASSOCIATION, INC.,
                              Respondent.

No. 79177

**FILED**

SEP 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Richard Scotti, District Judge
     Jay Young, Settlement Judge
     Kerry P. Faughnan
     Lipson Neilson P.C.
     Eighth District Court Clerk

20-33006